SCOTT *v.* SCOTT.

*Maurice A. Weinstein and William J. Waggoner for Petitioner, Appellee.*

*Fred H. Hasty for Respondent, Appellant.*

---

CLYDE M. SCOTT v. JOE C. SCOTT.

(Filed 12 October, 1955.)

APPEAL by plaintiff from *Patton, Special Judge,* 16 May, 1955, Extra Civil Term of MECKLENBURG.

Civil action under G.S. 50-16 for alimony without divorce:

The issues of fact, submitted to and answered by the jury, were as follows:

"1. Were the plaintiff and defendant married to each other as alleged in the Complaint? Answer: Yes.

"2. Did the defendant wrongfully separate himself from the plaintiff and fail to provide her with necessary subsistence according to his means and condition in life? Answer: No."

Judgment for defendant was entered on the verdict. Plaintiff excepted and appealed, assigning errors.

*B. Kermit Caldwell for plaintiff, appellant.*

*J. M. Scarborough for defendant, appellee.*

PER CURIAM. The jury, on conflicting evidence, resolved the contested (second) issue in defendant's favor; and there was ample evi-

dence to support this verdict. After careful consideration of plaintiff's assignments of error, we find no error of law deemed of sufficient prejudicial effect to warrant a new trial. Hence, the verdict and judgment will not be disturbed.

No error.

WINBORNE and HIGGINS, JJ., took no part in the consideration or decision of this case.